1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
JANEL WISDA FISCHER,                    Case No. EDCV 18-1800 MWF(JC)
12                      Plaintiff,
13          v.                          JUDGMENT
14
NANCY A. BERRYHILL, Acting
15  Commissioner of Social Security,
16
17                      Defendant.
18      IT IS HEREBY ADJUDGED that the decision of the Commissioner of
19  Social Security is AFFIRMED.
20
21  DATED: July 30, 2019
22
23
24  _____
25  HONORABLE MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT JUDGE
26
27
28